PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Timothy Binford             Case Number: 2:00CR00099-EFS-1

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 28, 2000      Type of Supervision: Supervised Release

Original Offense: Armed Bank Robbery, 18 U.S.C. §    Date Supervision Commenced: January 10, 2014
2113

Original Sentence: Prison - 188 months             Date Supervision Expires: January 9, 2017
              TSR - 36 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19      You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating
professional which do not require forced or psychotropic medication and/or inpatient confinement absent
further order of the Court.  You shall allow reciprocal release of information between the supervising
officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to
pay.

### CAUSE

Recent contact with Mr. Binford suggests that the above-mentioned modification is appropriate. In an attempt to
provide federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include
the aforementioned condition.

Timothy Binford was asked whether he would waive his right to a hearing and agree to the modifications as
previously described.  As indicated by the enclosed waiver of hearing to modify conditions of supervised release
form, Mr. Binford has agreed to the proposed modifications.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be
adopted requiring Timothy Binford to participate in mental health treatment at the direction of the U.S. Probation
Office.

Respectfully submitted,

by      s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer
Date:  June 5, 2014

Prob 12B
**Re: Binford, Timothy**
**June 5, 2014**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[  ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[  ]     Other

_Edward F. Shea_
_____
Signature of Judicial Officer

June 6, 2014
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19  You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court.  You shall allow reciprocal release of information between the supervising officer and treatment provider.  You shall contribute to the cost of treatment according to your ability to pay.

Witness: _____          Signed: X _____
Tommy Rosser                                  Timothy Binford
U.S. Probation Officer                        Probationer or Supervised Releasee

6-4-14
Date