PROB 12C
(7/93)

Report Date: September 15, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Binford     Case Number: 2:00CR00099-EFS-001

Address of Offender: ▉▉▉▉▉▉▉ rd ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 28, 2000

Original Offense:     Armed Bank Robbery, 18 U.S.C. § 2113

Original Sentence:    Prison - 188 months         Type of Supervision: Supervised Release
                      TSR - 36  months

Asst. U.S. Attorney:  U.S. Attorneys Office       Date Supervision Commenced: January 10, 2014

Defense Attorney:      Federal Defenders Office   Date Supervision Expires: January 9, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. <br><br> **Supporting Evidence**: Mr. Binford was arrested in Spokane County on September 11, 2014, and booked into the Spokane County Jail for the following charges: Second Degree Burglary, in violation of RCW 9A.52.030; Second Degree Theft, in violation of RCW 9A.56.040; Forgery, in violation of RCW 9A.60.020; Possession of Controlled Substance, in violation of RCW 69.50.4013; Unlawful Possession of a Firearm, in violation of RCW 9.41.040; and Second Degree Possession of Stolen Property (2 counts), in violation of RCW 9A.56.160. He is currently being held on a $20,000 bond for each of the above-referenced counts.  A request has been made for investigative reports.  A local news affiliate reports the charges stem from a commercial burglary in July 2014, in which cash, bank cards, and checks were stolen.  Further, Mr. Binford was allegedly in possession of a .22 caliber pistol and methamphetamine at the time of his arrest on September 11, 2014.  An arraignment is scheduled for September 23, 2014. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Binford, Timothy**
**September 15, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/15/2014

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

September 15, 2014

Date