PROB 12C
(7/93)

Report Date: September 19, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2014

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy Binford    Case Number: 2:00CR00099-EFS-1

Address of Offender: ▉▉▉▉▉▉▉ rd ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 28, 2000

| | |
|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. § 2113 |
| Original Sentence: | Prison - 188 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Timothy J. Ohms |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: January 10, 2014

Date Supervision Expires: January 9, 2017

## PETITIONING THE COURT

       To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/15/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #20**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Timothy Binford violated the terms of his supervised release in Spokane, Washington, by submitting a urine sample at Adept on September 10, 2014, that tested presumptive positive for methamphetamine. Mr. Binford denied use and the sample was sent to Alere Toxicology for confirmation. On September 15, 2014, Alere Toxicology confirmed Mr. Binford's urine sample was positive for amphetamines. |

Prob12C
**Re: Binford, Timothy**
**September 19, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/19/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer
September 19, 2014
Date